UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAEDALUS PRIME LLC, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD; ) <br> SAMSUNG ELECTRONICS AMERICA, ) <br> INC.; ) <br> and TAIWAN SEMICONDUCTOR ) <br> MANUFACTURING CO. LIMITED, ) <br> ) <br> *Defendants*. ) | Civil Action No. 2:22cv352 <br><br> **JURY TRIAL DEMANDED** <br><br> **REDACTED PUBLIC VERSION** |

# REDACTED PUBLIC ORDER DISMISSING CLAIMS AGAINST SAMSUNG DEFENDANTS

Before the Court is Plaintiff Daedalus Prime LLC ("Daedalus") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (collectively, "Samsung") joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) (the "Motion"). (Dkt. No. 33.)

Daedalus and Samsung (collectively, the "Parties") have represented to the Court that: the Parties have entered into ▬▬▬▬▬▬▬▬▬▬▬▬▬ (the "Agreement") that resolves the dispute between the Parties; the Agreement defines certain items ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬ the Agreement includes ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬ and the Agreement expressly reserves certain rights to Daedalus, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

- 1 -

- 2 -

The Court, having considered the Motion, and in light of its joint nature, is of the opinion that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that each Daedalus's claims against Samsung in this lawsuit are DISMISSED

    a) WITH PREJUDICE with regard to ████████████ and

    b) WITHOUT PREJUDICE as to ██████████████████████

████████████████████████████. The Court notes that, for purposes of this Order, the parties represent that the following definitions apply:

██████████████████████████████
██████████████████████████████
██████████████████████████████
████████████████

██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████

- 3 -





- 5 -



- 6 -



- 6 -

- 7 -

[redacted]

   Daedalus' claims against Defendant Taiwan Semiconductor Manufacturing Co., Limited ("TSMC") are **not** dismissed by this Order and remain live.

   **So ORDERED and SIGNED this 6th day of June, 2023.**



RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE