UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAEDALUS PRIME LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:22cv352-JRG |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD; | ) |
| SAMSUNG ELECTRONICS AMERICA, INC.; | ) |
| and TAIWAN SEMICONDUCTOR MANUFACTURING CO. LIMITED, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff Daedalus Prime LLC ("Daedalus") and Defendant Taiwan Semiconductor Manufacturing Co. Limited ("TSMC") joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).

Daedalus and TSMC (collectively, the "Parties") have represented to the Court that: the Parties have entered into ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (the "Agreement") that resolves the dispute between the Parties; the Agreement defines certain items ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and the Agreement expressly reserves certain rights to Daedalus, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The Court, having considered the joint motion, is of the opinion that the motion should be granted.

Accordingly, it is **ORDERED** that each of Daedalus's claims against TSMC in this lawsuit are **DISMISSED**

    a)  **WITH PREJUDICE** with regard to the ███████████, and

    b)  **WITHOUT PREJUDICE** as to ████████████████████████████.

Each Party is to bear its own costs and attorneys' fees. For purposes of this order, the following definitions apply:



- 2 -



This Order disposes of all remaining claims and parties in this lawsuit. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT.**

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Nov 2, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE